**Electronically Filed
Supreme Court
SCWC-30639
04-MAY-2012
04:30 PM**

NO. SCWC-30639

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

LISA KOBASHIGAWA, as Personal Representative of
the ESTATE OF WILLIAM S. KOBASHIGAWA, Deceased, and
EARL KOBASHIGAWA and GAIL PEI, as Co-Trustees of the
MARGARET M. KOBASHIGAWA REVOCABLE LIVING TRUST and
as Assignees of MARGARET M. KOBASHIGAWA, Deceased,
Respondents/Plaintiffs-Appellants,

vs.

CITY AND COUNTY OF HONOLULU,
Petitioner/Defendant-Appellee,

and

JOSEPH M. K. SILVA, Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30639; CIVIL NO. 06-1-0682)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Pollack, in place of Duffy, J., recused)

Petitioner/Defendant-Appellee's application for writ of

certiorari filed on March 21, 2012, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

heard in this case. Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, May 4, 2012.

| | |
|---|---|
| Traci Rei Morita, Deputy Corporation Counsel, City and County of Honolulu, for petitioner/defendant-appellee | /s/ Mark E. Recktenwald |
| | /s/ Paula A. Nakayama |
| | /s/ Simeon R. Acoba, Jr. |
| Arthur Y. Park, Patricia Kim Park and John C. McLaren of Park & Park for respondents/ plaintiffs-appellants | /s/ Sabrina S. McKenna |
| | /s/ Richard W. Pollack |

